IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: DERRICK R SEBREN                                                                              DEBTOR
                                                                                          CASE NO. 21-00363-NPO
                                                                                                    CHAPTER 7
FORD MOTOR CREDIT COMPANY LLC                                                         CREDITOR

**NOTICE OF APPEARANCE OF COUNSEL**

    PLEASE TAKE NOTICE that the undersigned counsel files this notice of appearance on behalf of Ford Motor Credit Company LLC and requests that her name be added to the list of persons to receive copies of all notices and pleadings filed in this case. This Notice of Appearance of Counsel does <u>NOT</u> authorize service of process on the undersigned on behalf of Ford Motor Credit Company LLC in connection with any adversary proceeding.

    THIS the 18th day of March 2021.

                                                                            Respectfully submitted,

                                                                            Ford Motor Credit Company LLC

                                         by:       /s/Olivia Spencer, Its Attorney

**CERTIFICATE OF SERVICE**

    I, OLIVIA SPENCER, Attorney for Ford Motor Credit Company LLC, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing "Notice of Appearance of Counsel" to:

                Charles C. Julian, Jr., Esq.
                charliejulian@yahoo.com
                ATTORNEY FOR DEBTOR

                Eileen N. Shaffer
                eshaffer@eshaffer-law.com
                TRUSTEE

                David W. Asbach
                USTPRegion05.JA.ECF@usdoj.gov
                U.S. TRUSTEE

    SO CERTIFIED this the 18th day of March 2021.

                                                                   /s/Olivia Spencer

KING & SPENCER, PLLC
1855 CRANE RIDGE DRIVE, SUITE D
JACKSON, MS  39216
PHONE:  601-948-1547, MB #104439
spencer@kingandspencer.net